UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALFRED PIRRI, JR, <br><br> Plaintiff, <br> -v- <br><br> LORI CHEEK, et al. <br><br> Defendants. | 19 Civ. 180 (PAE) <br><br> NOTICE: CHANGE OF COURTROOM |

PAUL A. ENGELMAYER, District Judge:

The parties are hereby notified that the December 16, 2019, conference in this case, scheduled for 10:00 a.m., will be held at the **Daniel Patrick Moynihan U.S. Courthouse, located at 500 Pearl Street, in Courtroom 15C**. This is a change of courtroom only.

SO ORDERED.

                                                               *Paul A. Engelmayer*
                                                               PAUL A. ENGELMAYER
                                                               United States District Judge

Dated: December 16, 2019
            New York, New York