UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALFRED PIRRI, JR., <br><br>                                    Plaintiff, <br>           -v-<br><br>LORI CHEEK, et al.<br><br>                                 Defendants. | 19 Civ. 180 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court sets the following deadlines with regards to defendant's anticipated motion for summary judgment:

- By 5:00 pm on December 20, 2019, plaintiff will file a letter on ECF indicating whether he agrees to the entry of summary judgment in favor of defendants on his sole remaining claim;
- If plaintiff does not agree, defendant's motion for summary judgment and accompanying Rule 56.1 statement is due December 27, 2019;
- Plaintiff's opposition to the motion for summary judgment and accompanying Rule 56.1 statement is due January 10, 2020;
- Defendant's reply brief is due January 16, 2020;

SO ORDERED.

                                                                                       PAUL A. ENGELMAYER<br>
                                                                                       United States District Judge

Dated: December 16, 2019<br>
        New York, New York