**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ALFRED PIRRI, JR.,

                      Plaintiff,

-against-

LORI CHEEK, et al.,

                      Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/23/19

**19 CIVIL** 180 (PAE)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 23, 2019, and on June 13, 2019, the Court granted defendants' motion to dismiss all of plaintiff's remaining state law claims with prejudice, leaving plaintiff's patent joint-inventorship claim as the sole cause of action in this case. On December 20, 2019, plaintiff moved for an entry of summary judgment in favor of defendants, thereby conceding that no reasonable juror could find that he is entitled to be listed as a joint inventor of U.S. Patent No. 8,543,465 pursuant to 35 U.S.C. § 256. This motion is granted and judgment is entered for defendants; accordingly, the case is closed.

**Dated:** New York, New York
            December 23, 2019

                                            **RUBY J. KRAJICK**
                                                **Clerk of Court**

BY: _____
                                                **Deputy Clerk**