IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Alfred Pirri, Jr. | ) | |
| | ) | |
| Plaintiff, | ) | **Civil Action No.** |
| | ) | |
| v. | ) | **1:19-cv-180** |
| | ) | |
| Lori Cheek, Locke Raper, | ) | |
| Charlie Kickham, Joanne Richards, | ) | |
| and Cheek'd, Inc | ) | |
| | ) | |
| Defendants. | ) | |

## **DECLARATION OF ALFRED PIRRI, JR**

I, Alfred Pirri, Jr. declare as follows:

1. I am now 63 years old. I grew up in the 60s and the 70s, where being homosexual was not accepted.

2. I was often called names like, "Fag," "Fem," "Homo," "Queer," etc.

3. I was regularly beaten by classmates while growing up on account of being gay.

4. In eighth grade, I was thrown down a flight of stairs at school. This resulted in a dislocated knee and cast.

5. I was conditioned by years of the abuse that was associated with being gay.

6. As an older man, I tend to maintain silence about this part of myself.

7. Lori Cheek has created such a buzz of hate against myself that I greatly fear for my life and safety.

8. The remarks made by her and her followers - many of which included false statements - overwhelm me with feelings of great fear for myself.

9. She wanted to publicly "OUT" me to the world and requested the public's help in doing so.

10. This statement brought to mind the years of emotional and physical abuse that I received on account of being gay.

11. Lori Cheek also broadcast to the world a false rumor that I was in a mental facility (institution).

12. This is a lie. I have never been a patient in a mental facility.

13. The false statements made by Lori Cheek and her followers about me are now forever on the internet.

14. Lori Cheek has forever ruined my life and my sense of peace, and safety.

15. Lori Cheek made a mockery of my homosexuality and my mental health to the world.

16. The fear for my life and safety is my new reality.


I declare under penalty of perjury that the foregoing is true and correct

Dated: January 3, 2020

*Alfred Pirri*
Alfred Pirri

## JURAT WITH AFFIANT STATEMENT

State of __New York__
County of __Suffolk__ } ss.

☒ See Attached Document (Notary to cross out lines 1–7 below)
☐ See Statement Below (Lines 1–7 to be completed only by document signer[s], *not* Notary)

1 _____
2 _____
3 _____
4 _____
5 _____
6 _____
7 _____

Signature of Document Signer (Affiant) No. 1     Signature of Document Signer (Affiant) No. 2 (if any)

Subscribed and sworn to (or affirmed) before me this __3__ day of __January__, __2020__, by
    Date     Month    Year

(1) __Alfred Pirri Jr.__
Name of Signer No. 1

(2) _____
Name of Signer No. 2 (if any)

_____
Signature of Notary Public

ALEJANDRO ORTIZ
Notary Public - State of New York
NO. 01OR6243276
Qualified in Suffolk County
My Commission Expires Jun 20, 2023

Place Notary Seal/Stamp Above     Any Other Required Information (Residence, Expiration Date, etc.)

---

INFORMATION IN AREAS 3-6 REQUIRED IN ARIZONA. OPTIONAL IN OTHER STATES.

**Description of Any Attached Document**

3 Title or Type of Document: __Declaration of Alfred Pirri__

4 Document Date: __January 3, 2020__     5 Number of Pages: __2__

6 Signer(s) Other Than Named Above: _____

© 2012 National Notary Association • NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)     Item #25924