Steven R. Fairchild  
Member  
T 703-994-0193  
steve@fairchildlegal.com  

Fairchild Law, LLC  
292 Powers Street, 1B  
Brooklyn, NY 11211  

June 15, 2020

*VIA ECF*

The Honorable Paul A. Engelmayer  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007-1312

    RE:    Case Index No. 1:19-cv-180 (PAE); *Pirri v. Cheek et al.*  
             **Request to Stay Execution of Order Pending Appeal**

Dear Judge Engelmayer,

In light of the pending appeal, I hereby request a stay of the execution of the order to pay the attorney fees to Ms. Cheek, as Your Honor ordered to be done today.

I can deposit the full amount into a bond with the Clerk of the Court.

Respectfully submitted,

*/s/ Steven R. Fairchild*  
Member

Attorney for Plaintiff

cc:    All recipients of ECF

> The motion is granted on the condition that Mr. Fairchild deposit the full amount into a bond with the Clerk of Court by June 17, 2020. He should then file proof of having done so on the docket. SO ORDERED.
>
> _____  
> PAUL A. ENGELMAYER    6/15/2020  
> United States District Judge